

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-19-00395-CV

Loida Eunice **SAGASTUME**,
Appellant

v.

Brian and Ashley **HAYWOOD**,
Appellees

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2019CV03887
Honorable John Longoria, Judge Presiding

PER CURIAM

Sitting:      Sandee Bryan Marion, Chief Justice
               Rebeca C. Martinez, Justice
               Patricia O. Alvarez, Justice

Delivered and Filed: September 18, 2019

DISMISSED FOR WANT OF PROSECUTION

Appellant's brief was due to be filed by August 7, 2019. Neither the brief nor a motion for extension of time has been filed.

By order dated August 13, 2019, appellant was ordered to show cause in writing by August 28, 2019, why this appeal should not be dismissed for want of prosecution. *See* TEX. R. APP. P. 38.8(a). Appellant did not respond to this court's order. The appeal is dismissed for want of prosecution. *See id*.

PER CURIAM